BESS M. BREWER, #100364
LAW OFFICE OF
BESS M. BREWER & ASSOCIATES
P.O. Box 5088
Sacramento, CA 95817
Telephone: (916) 509-7051

Attorneys for Plaintiff

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **LORNA R. DORRELL**,<br><br>              Plaintiff,<br><br>v.<br><br>**MICHAEL J. ASTRUE**<br>**Commissioner of Social Security**<br>**of the United States of America,**<br><br>              Defendant. | Case No. 13-1227 CMK<br><br>**STIPULATION AND ORDER EXTENDING PLAINTIFF'S TIME TO FILE SUMMARY JUDGEMENT MOTION** |

    IT IS HEREBY STIPULATED by and between the parties, through their attorneys, that Plaintiff's time to file her summary judgment motion is hereby extended from December 12, 2013, to January 17, 2014, with defendant's response due February 17, 2014. This extension is required to accommodate counsel's briefing schedule, upcoming holidays, and scheduled vacation.

/ / / /

/ / / /

/ / / /

1

| | |
|---|---|
| Dated: December 9, 2013 | /s/Bess M. Brewer<br>BESS M. BREWER<br>Attorney at Law |
| | Attorney for Plaintiff |
| Dated: December 9, 2013 | Benjamin B. Wagner<br>United States Attorney<br>Donna L. Calvert<br>Acting Regional Chief Counsel, Region IX<br>Social Security Administration<br>/s/ Jean M, Turk<br>JEAN M. TURK<br>Special Assistant United States Attorney<br>Attorneys for Defendant |

**ORDER**

APPROVED AND SO ORDERED.

DATED:  December 12, 2013

_____
**CRAIG M. KELLISON**
UNITED STATES MAGISTRATE JUDGE

2